UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY GREEN,

    Plaintiff,

v.                                           Case No: 8:15-cv-2677-T-27TBM

CITIMORTGAGE, INC.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Joint Stipulation of Dismissal with Prejudice (Dkt. 12). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 1st day of June, 2016.

_____
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record